IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA W. KESLER and<br>CHRISTOPHER KESLER,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL W. HARDEN and<br>SEVENTY ONE TRANSPORT, LLC,<br><br>    Defendants. | NO. 1:11-00083<br>JUDGE HAYNES |

## O R D E R

Based upon the plaintiffs' notice of voluntary dismissal of all claims without prejudice (Docket Entry No. 16), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 20 day of July, 2012.

                                        WILLIAM J. HAYNES, JR.
                                        United States District Judge