IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| REBECCA W. KESLER and CHRISTOPHER KESLER, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL W. HARDEN and SEVENTY ONE TRANSPORT, LLC, <br><br> Defendants. | NO. 1:11-00083 <br> JUDGE HAYNES |

## O R D E R

Based upon the plaintiffs' notice of voluntary dismissal of all claims without prejudice (Docket Entry No. 16), this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 20 day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge